B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Scaturrro, Rocco** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Scaturrro, Jeanine** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9340** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8327** |
| Street Address of Debtor (No. and Street, City, and State):<br>**68 W. Redhead Court**<br>**Round Lake Beach, IL**<br>ZIP Code **60073** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**68 W. Redhead Court**<br>**Round Lake Beach, IL**<br>ZIP Code **60073** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Scaturrro, Rocco**<br>**Scaturrro, Jeanine** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Scaturrro, Rocco**<br>**Scaturrro, Jeanine** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Rocco Scaturrro**
Signature of Debtor **Rocco Scaturrro**

**X** **/s/ Jeanine Scaturrro**
Signature of Joint Debtor **Jeanine Scaturrro**

Telephone Number (If not represented by attorney)

**January 14, 2008**
Date

### Signature of Attorney*

**X** **/s/ Abraham Brustein**
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**

Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**January 14, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Rocco Scaturrro**
**Jeanine Scaturrro**                                                    Case No.
_____    Chapter    **7**    _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Rocco Scaturrro**
                        **Rocco Scaturrro**
Date:    **January 14, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rocco Scaturrro**
**Jeanine Scaturrro**

Debtor(s)

Case No. _____

Chapter  **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jeanine Scaturrro**
                           **Jeanine Scaturrro**

Date:    **January 14, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rocco Scaturrro,**
    **Jeanine Scaturrro**

Case No. _____

                                   Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 265,000.00 | | |
| B - Personal Property | Yes | 5 | 85,754.81 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 236,150.56 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 6,626.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 821,270.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,750.08 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,672.43 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 350,754.81 | | |
| Total Liabilities | | | | 1,064,047.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Rocco Scaturrro,**
        **Jeanine Scaturrro**                                          Case No. _____

                                                            ,
                            Debtors                    Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re **Rocco Scaturrro,**                                    Case No. _____
     **Jeanine Scaturrro**

_____,
                 Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **68 W. Redhead Court**<br>**Round Lake Beach, IL 60073** | **Joint Tenancy** | **J** | **265,000.00** | **234,203.48** |

|  | Sub-Total > | **265,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **265,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Rocco Scaturrro,**
      **Jeanine Scaturrro**

                         Debtors

Case No. _____

,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | **H** | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Consumers Credit Union - checking account no. 12994450** | **J** | **1,520.71** |
| | | | **Consumers Credit Union - savings account no. 12994450** | **J** | **50.00** |
| | | | **Consumers Credit Union - checking account no. 789310192** | **W** | **9.00** |
| | | | **Veridian Credit Union - savings account no. 0004095080** | **J** | **165.72** |
| | | | **Charter One - checking account no. 853233-030-5** | **J** | **38.32** |
| | | | **ING - online savings account no. 55374345** | **J** | **100.56** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **See attached Exhibit** | **J** | **1,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | **J** | **500.00** |
| 7. | Furs and jewelry. | | **Diamond wedding ring** | **W** | **7,000.00** |
| | | | **Mink coat** | **W** | **500.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **10,984.31**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Rocco Scaturrro,**
     **Jeanine Scaturrro**

Case No. _____

_____,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Lincoln Benefit Life, policy no. 01N1227638, beneficiary Jeanine Scaturro, death benefit $100,000** | **H** | **2,002.96** |
| | | **Thrivent Financial, contract no. 1790293, beneficiary Rocco Scaturro, death benefit $18,176.13** | **W** | **3,776.13** |
| | | **Minnesota Life, contract no. 1296-000031687099, beneficiary Jeanine Scaturro, death benefit $200,000** | **J** | **0.00** |
| | | **MetLife, policy #3501129, beneficiaries Lee and Amy Lindgren, death benefit $5,000** | **W** | **1,790.31** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **World Increased Savings 401(k)** | **W** | **63,484.26** |
| | | **Wachovia Savings 401(k)** | **W** | **2,216.84** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Arjay of Chicago, Inc. 100%** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **US series HH bonds** | **J** | **1,500.00** |
| 16. Accounts receivable. | **X** | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |

Sub-Total >    **74,770.50**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re　**Rocco Scaturrro,**　　　　　　　　　　　　　Case No. _____

　　　　**Jeanine Scaturrro**

　　　　　　　　　　　　　　　　　　　　　　　,

　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >　　　　　　　　　**0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Rocco Scaturrro,**
         **Jeanine Scaturrro**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **85,754.81**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Schedule B - Personal Property

4. Household goods and furnishings:

2 Sofa's
1 Love seat
2 Overstuffed chairs
3 glass curio cabinets (filled with Precious moments collection, I probably have about 250
figurines- collection worth probably $2K at garage sale? )
5 TV's (all older)
2 glass tables with chairs (dinette and formal diner table)
3 coffee tables
1 laptop dell computer (old)
1 printer
1 fax machine
3  DVD players
3 VCR players
1 chaise lounge chair
1 king size bed
1 queen size bed
3 dressers
1 armoire
3 night tables
1 answering machine
1 DVD storage unit
1 desk
1 digital camera
1 camcorder
2 phones
2 stereo's (old)
1 gas grill
1 microwave
1 stove
2 refrigerator's (old/small one in the garage)
1 stationary exercise bike
1 ski machine
1 stair stepper
1 air elliptical unit
1 washer
1 dryer
Lawn furniture- 4 chairs, 1 table, 1 umbrella, 4 cushions

B6C (Official Form 6C) (12/07)

In re   **Rocco Scaturrro,**
      **Jeanine Scaturrro**

Case No. _____

Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **68 W. Redhead Court** | 735 ILCS 5/12-901 | 30,000.00 | 265,000.00 |
| **Round Lake Beach, IL 60073** | | | |
| **Cash on Hand** | | | |
| **Cash** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Consumers Credit Union - checking account no. 12994450** | 735 ILCS 5/12-1001(b) | 1,520.71 | 1,520.71 |
| **Consumers Credit Union - checking account no. 789310192** | 735 ILCS 5/12-1001(b) | 9.00 | 9.00 |
| **Wearing Apparel** | | | |
| **Clothing** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Diamond wedding ring** | 735 ILCS 5/12-1001(b) | 4,870.29 | 7,000.00 |
| **Interests in Insurance Policies** | | | |
| **Lincoln Benefit Life, policy no. 01N1227638, beneficiary Jeanine Scaturro, death benefit $100,000** | 215 ILCS 5/238 | 2,002.96 | 2,002.96 |
| **Thrivent Financial, contract no. 1790293, beneficiary Rocco Scaturro, death benefit $18,176.13** | 215 ILCS 5/238 | 3,776.13 | 3,776.13 |
| **Minnesota Life, contract no. 1296-000031687099, beneficiary Jeanine Scaturro, death benefit $200,000** | 215 ILCS 5/238 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **World Increased Savings 401(k)** | 735 ILCS 5/12-1006 | 63,484.26 | 63,484.26 |
| **Wachovia Savings 401(k)** | 735 ILCS 5/12-1006 | 2,216.84 | 2,216.84 |
| **Government & Corporate Bonds, Other Negotiable & Non-negotiable Inst.** | | | |
| **US series HH bonds** | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |

                      Total:     **109,980.19**     **347,109.90**

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Rocco Scaturrro,**
**Jeanine Scaturrro**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1790293** <br><br> **Thrivent Financial** <br> **4321 N. Ballard Rd** <br> **Appleton, WI 54919-0001** | | J | **Loan assignment of life insurance policy value and death benefit** | | | | | |
| | | | Value $                    **3,943.45** | | | | **1,947.08** | **0.00** |
| Account No. **0206204885** <br><br> **Wells Fargo** <br> **PO Box 10335** <br> **Des Moines, IA 50306** | | J | **October 2007** <br><br> **Mortgage** <br><br> **68 W. Redhead Court** <br> **Round Lake Beach, IL 60073** | | | | | |
| | | | Value $                **265,000.00** | | | | **234,203.48** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal <br> (Total of this page) | **236,150.56** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **236,150.56** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **Rocco Scaturrro,**
   **Jeanine Scaturrro**
                                 Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

             _____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Rocco Scaturrro,**   Case No. _____
**Jeanine Scaturrro**

Debtors ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **48-1303402** | | | | **2007 sales tax regarding Arjay of Chicago, Inc.** | | | | | | |
| **Wisconsin Department of Revenue PO Box 677 Elkhorn, WI 53121** | X | H | | | | | X | | 0.00 | |
| | | | | | | | | 6,626.57 | | 6,626.57 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 6,626.57 | 6,626.57 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 6,626.57 | 6,626.57 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Rocco Scaturrro,**
    **Jeanine Scaturrro**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **41161** <br><br> **American Marketing & Publishing** <br> **PO Box 982** <br> **Dekalb, IL 60115** | X | H | **Services provided to Arjay of Chicago, Inc.** | | | X | **251.65** |
| Account No. **600432387600000** <br><br> **AT & T Advertising** <br> **PO Box 8112** <br> **Aurora, IL 60507-8112** | X | H | **Services provided to Arjay of Chicago, Inc.** | | | X | **361.75** |
| Account No. <br><br> **Automotive Finance Corporation** <br> **Chicago North Branch** <br> **5937 Sandy Hollow Rd** <br> **Rockford, IL 61109** | X | H | **October 6, 2005** <br> **Guaranty of loan to Arjay of Chicago, Inc.** | | | X | **150,000.00** |
| Account No. **56139299** <br><br> **AutoTrader.com LLC** <br> **PO Box 932207** <br> **Atlanta, GA 31193-2207** | X | H | **Services provided to Arjay of Chicago, Inc.** | | | X | **2,500.00** |

  __8__   continuation sheets attached

Subtotal
(Total of this page)

**153,113.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:23500-071221   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rocco Scaturrro,**                                                Case No. _____
         **Jeanine Scaturrro**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **453** <br><br> **Badger State Auto Auction** <br> **215 N. Pioneer Road** <br> **Fond Du Lac, WI 54937** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 567.50 |
| Account No. **2045** <br><br> **C & M Auto Parts** <br> **2533 Main Street** <br> **East Troy, WI 53120** | X | H | Merchandise provided to Arjay of Chicago, Inc. | | | X | 1,169.00 |
| Account No. **69519** <br><br> **Carfax** <br> **PO Box 79001** <br> **Detroit, MI 48279-7761** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 256.51 |
| Account No. **No account #** <br><br> **CCI Milwaukee** <br> **19015 S. Jodi Road** <br> **Mokena, IL 60448** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 783.00 |
| Account No. **402925975** <br><br> **Century Tel** <br> **PO Box 4300** <br> **Carol Stream, IL 60197-4300** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 744.16 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,520.17

B6F (Official Form 6F) (12/07) - Cont.

In re **Rocco Scaturrro,**
    **Jeanine Scaturrro**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4417 1259 7222 3931**<br><br>**Chase Visa**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | X | J | **Merchandise provided to Arjay of Chicago, Inc. and personal charges** | | | X | **5,800.00** |
| Account No. **05397**<br><br>**Cinta's**<br>**9828 S. Oakwood Park Dr.**<br>**Franklin, WI 53132** | X | H | **Merchandise provided to Arjay of Chicago, Inc.** | | | X | **300.00** |
| Account No. **4128 0027 1802 4396**<br><br>**Citi Card**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | X | J | **Merchandise provided to Arjay of Chicago, Inc. and personal charges** | | | X | **11,570.00** |
| Account No. **5410 6547 2985 3017**<br><br>**Citi Driver's Edge Visa**<br>**BOX 6000**<br>**The Lakes, NV 89163-6000** | X | H | **Merchandise provided to Arjay of Chicago, Inc. and personal charges** | | | X | **8,074.03** |
| Account No.<br><br>**Citizens Bank**<br>**101 N. Washington Avenue**<br>**Saginaw, MI 48607** | X | H | **March 2007**<br>**Guaranty of loan to Arjay of Chicago, Inc.** | | | | **50,000.00** |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,744.03**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rocco Scaturrro,**
　　　**Jeanine Scaturrro**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4527966412** <br><br> **Citizens Bank** <br> **205 E. 4th Street** <br> **Kaukauna, WI 54130** | X | H | Overdraft of checking account for Arjay of Chicago, Inc. | | | X | 5,164.89 |
| Account No. <br><br> **Classic Chevrolet** <br> **425 Green Bay Road** <br> **Waukegan, IL 60085** | X | H | Claims relating to four motor vehicles sold to or by Arjay of Chicago, Inc. | | X | X | 79,000.00 |
| Account No. **12994450** <br><br> **Consumers Credit Union** <br> **PO Box 9119** <br> **Waukegan, IL 60079-9119** | X | H | 5/15/2007 <br> 2004 Audi Cabriolet | | | | 18,008.00 |
| Account No. **5527** <br><br> **CSI Publications** <br> **PO Box 367** <br> **Delavan, WI 53115** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 173.30 |
| Account No. <br><br> **Dahl Automotive Onalaska, Inc.** <br> **561 Theater Rd** <br> **Onalaska, WI 54650** | X | H | Breach of contract / fraud claims against Arjay of Chicago, Inc. | | | X | 21,000.00 |

| | |
|---|---|
| Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page)  **123,346.19** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Rocco Scaturrro,**
         **Jeanine Scaturrro**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **No account #** <br><br> **Dana B. Davidson, CPA** <br> **1890 Techny Court** <br> **Northbrook, IL 60062** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 10,225.00 |
| Account No. <br><br> **Dealer Services Corporation** <br> **11555 N. Meridian St., Ste 220** <br> **Carmel, IN 46032** | X | H | March 30, 2007 <br> Guaranty of loan to Arjay of Chicago, Inc. | | | X | 160,000.00 |
| Account No. **M00580** <br><br> **Dyer Auto Auction** <br> **PO Box 115** <br> **Dyer, IN 46311-0115** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 593.00 |
| Account No. **1787** <br><br> **Dyer Transport Inc.** <br> **PO Box 38** <br> **Dyer, IN 46311-0038** | X | H | Services provided to Ajay of Chicago, Inc. | | | X | 730.00 |
| Account No. **890** <br><br> **Horter** <br> **PO Box 225** <br> **915 Main Street** <br> **Mukwonago, WI 53149** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 176.18 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

171,724.18

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

1/14/08  3:47PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rocco Scaturrro,**
    **Jeanine Scaturrro**
                                                  ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2813** <br><br> **Jantz** <br> **2500 Washington Road** <br> **Kenosha, WI 53140** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 340.00 |
| Account No. **983377** <br><br> **Manheim Automotive Financial Servic** <br> **6205 Peachtree Dunwoody Rd** <br> **Atlanta, GA 30328** | X | J | 04/2005 <br> Guaranty of loan to Arjay of Chicago Inc. | | | | 184,358.46 |
| Account No. **5169670** <br><br> **Merchants & Medical** <br> **6324 Taylor Drive** <br> **Flint, MI 48507-4685** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 2,007.27 |
| Account No. **2587** <br><br> **Merry Maids** <br> **808 Fox Lane** <br> **Waterford, WI 53185** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 150.00 |
| Account No. **28553** <br><br> **Moore Oil** <br> **4033 W. Custer Avenue** <br> **Milwaukee, WI 53209** | X | H | Services provided to Arjay of Chicago, Inc. | | | X | 270.30 |

Sheet no. __5___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,126.03

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rocco Scaturrro,**                                            Case No. _____
         **Jeanine Scaturrro**

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nissan Motor Acceptance Corp.**<br>**NMAC Bankruptcy Dept.**<br>**PO Box 660366**<br>**Dallas, TX 75266-0366** | | J | | **Lease for 2008 Nissan Altima** | | | | **Unknown** |
| Account No. **8003128406**<br><br>**Nova**<br>**PO Box 86**<br>**Minneapolis, MN 55486-0086** | X | H | | **Services provided to Arjay of Chicago, Inc.** | | | X | **55.00** |
| Account No. **5872678**<br><br>**Quill**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | X | H | | **Merchandise provided to Arjay of Chicago, Inc.** | | | X | **56.57** |
| Account No. **No account #**<br><br>**Rhode's Towing**<br>**PO BOX 695**<br>**2489 E. Main Street**<br>**East Troy, WI 53120-0695** | X | H | | **Services provided to Arjay of Chicago, Inc.** | | | X | **11,000.00** |
| Account No. **262429881**<br><br>**The Papers**<br>**PO Box 188**<br>**Milford, IN 46542-0188** | X | H | | **Services provided to Arjay of Chicago, Inc.** | | | X | **3,451.57** |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,563.14**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rocco Scaturrro,**                                      Case No. _____
        **Jeanine Scaturrro**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **073254201** | | | | | Services provided for Arjay of Chicago, Inc. | | | | |
| **Time Warner Cable** **PO Box 3237** **Milwaukee, WI 53201-3237** | X | H | | | | | | X | |
| | | | | | | | | | 208.62 |
| Account No. **M0422** | | | | | Services provided to Arjay of Chicago, Inc. | | | | |
| **Tri-State AA of Chicago** **14001 South Karlov Avenue** **Midlothian, IL 60445** | X | H | | | | | | X | |
| | | | | | | | | | 36,411.00 |
| Account No. | | | | | Guaranty of equipment lease for Arjay of Chicago, Inc. | | | | |
| **United Leasing of America, Inc.** **3275 Intertech Drive** **Suite 100** **Brookfield, WI 53045** | X | H | | | | | | | |
| | | | | | | | | | 4,139.90 |
| Account No. **1035** | | | | | Services provided to Arjay of Chicago, Inc. | | | | |
| **W.B. Dent, LLC** **403 Lakewood DrivE** **Williams Bay, WI 53191** | X | H | | | | | | X | |
| | | | | | | | | | 120.00 |
| Account No. **3654-234-771** | | | | | Services provided to Arjay of Chicago, Inc. | | | | |
| **We Energies** **333 W. Everett St.** **Milwaukee, WI 53290-1000** | X | H | | | | | | X | |
| | | | | | | | | | 852.54 |

Sheet no. __7___ of __8___ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

|  |
|---|
| 41,732.06 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Rocco Scaturrro,**     Case No. _____
      **Jeanine Scaturrro**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **0110188932** <br><br> **West Bend Mutual Insurance Co.** <br> **1900 S. 18th Avenue** <br> **West Bend, WI 53095** | | J | | **Claim No. AB55524, Claim of Meggan Bosmans** | | | X | **400.81** |
| Account No. **AB55526** <br><br> **West Bend Mutual Insurance Company** <br> **8401 Greenway Blvd, Ste 1100** <br> **PO Box 620976** <br> **Middleton, WI 53562** | X | J | | **10/2007** <br> **Indemnity obligation on surety bond for Arjay of Chicago Inc.** | | | | **50,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __8___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **50,400.81** |
| Total (Report on Summary of Schedules) | **821,270.01** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Rocco Scaturrro,**
　　　**Jeanine Scaturrro**
　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Nissan Motor Acceptance Corp.**<br>**NMAC Bankruptcy Dept.**<br>**PO Box 660366**<br>**Dallas, TX 75266-0366** | **2008 Nissan Altima** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Rocco Scaturrro,**
      **Jeanine Scaturrro**

                                                ,
                                      Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Manheim Automotive Financial Servic**<br>**6205 Peachtree Dunwoody Rd**<br>**Atlanta, GA 30328** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Automotive Finance Corporation**<br>**Chicago North Branch**<br>**5937 Sandy Hollow Rd**<br>**Rockford, IL 61109** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Citizens Bank**<br>**101 N. Washington Avenue**<br>**Saginaw, MI 48607** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Dahl Automotive Onalaska, Inc.**<br>**561 Theater Rd**<br>**Onalaska, WI 54650** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Dealer Services Corporation**<br>**11555 N. Meridian St., Ste 220**<br>**Carmel, IN 46032** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **West Bend Mutual Insurance Company**<br>**8401 Greenway Blvd, Ste 1100**<br>**PO Box 620976**<br>**Middleton, WI 53562** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Wisconsin Department of Revenue**<br>**PO Box 677**<br>**Elkhorn, WI 53121** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **United Leasing of America, Inc.**<br>**3275 Intertech Drive**<br>**Suite 100**<br>**Brookfield, WI 53045** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Citi Driver's Edge Visa**<br>**BOX 6000**<br>**The Lakes, NV 89163-6000** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Citi Card**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Chase Visa**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |

**3**
___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Rocco Scaturrro,**                                                    Case No. _____

       **Jeanine Scaturrro**
_____ ,
                       Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **We Energies**<br>**333 W. Everett St.**<br>**Milwaukee, WI 53290-1000** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Century Tel**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **C & M Auto Parts**<br>**2533 Main Street**<br>**East Troy, WI 53120** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Dana B. Davidson, CPA**<br>**1890 Techny Court**<br>**Northbrook, IL 60062** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Carfax**<br>**PO Box 79001**<br>**Detroit, MI 48279-7761** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Moore Oil**<br>**4033 W. Custer Avenue**<br>**Milwaukee, WI 53209** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Citizens Bank**<br>**205 E. 4th Street**<br>**Kaukauna, WI 54130** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **CCI Milwaukee**<br>**19015 S. Jodi Road**<br>**Mokena, IL 60448** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **The Papers**<br>**PO Box 188**<br>**Milford, IN 46542-0188** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **American Marketing & Publishing**<br>**PO Box 982**<br>**Dekalb, IL 60115** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Horter**<br>**PO Box 225**<br>**915 Main Street**<br>**Mukwonago, WI 53149** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Rhode's Towing**<br>**PO BOX 695**<br>**2489 E. Main Street**<br>**East Troy, WI 53120-0695** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Quill**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Rocco Scaturrro,**                                    Case No. _____
        **Jeanine Scaturrro**
                                                        ,
                                  Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Jantz**<br>**2500 Washington Road**<br>**Kenosha, WI 53140** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Nova**<br>**PO Box 86**<br>**Minneapolis, MN 55486-0086** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **AT & T Advertising**<br>**PO Box 8112**<br>**Aurora, IL 60507-8112** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **CSI Publications**<br>**PO Box 367**<br>**Delavan, WI 53115** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Cinta's**<br>**9828 S. Oakwood Park Dr.**<br>**Franklin, WI 53132** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **AutoTrader.com LLC**<br>**PO Box 932207**<br>**Atlanta, GA 31193-2207** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Merry Maids**<br>**808 Fox Lane**<br>**Waterford, WI 53185** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Badger State Auto Auction**<br>**215 N. Pioneer Road**<br>**Fond Du Lac, WI 54937** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Time Warner Cable**<br>**PO Box 3237**<br>**Milwaukee, WI 53201-3237** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Dyer Auto Auction**<br>**PO Box 115**<br>**Dyer, IN 46311-0115** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Dyer Transport Inc.**<br>**PO Box 38**<br>**Dyer, IN 46311-0038** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Merchants & Medical**<br>**6324 Taylor Drive**<br>**Flint, MI 48507-4685** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **W.B. Dent, LLC**<br>**403 Lakewood DrivE**<br>**Williams Bay, WI 53191** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Rocco Scaturrro,**                                          Case No. _____
         **Jeanine Scaturrro**
_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Tri-State AA of Chicago**<br>**14001 South Karlov Avenue**<br>**Midlothian, IL 60445** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Classic Chevrolet**<br>**425 Green Bay Road**<br>**Waukegan, IL 60085** |
| **Arjay of Chicago, Inc.**<br>**2919 W. Main St**<br>**East Troy, WI 53120** | **Consumers Credit Union**<br>**PO Box 9119**<br>**Waukegan, IL 60079-9119** |

Sheet   __3__   of   __3__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re  **Rocco Scaturrro**
    **Jeanine Scaturrro**
              Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Car sales** | **Auditor** |
| Name of Employer | **RTN Enterprises d/b/a Main Street Motors** | **National Loan Quality Review** |
| How long employed | **2 months** | **13 years** |
| Address of Employer | **2919 W. Main Street**<br>**East Troy, WI 53120** | **1000 Hart Road**<br>**Barrington, IL 60010** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 6,745.82 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 6,745.82 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 1,652.80 |
|    b. Insurance | $ | 0.00 | $ | 1,342.94 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 2,995.74 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 3,750.08 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 3,750.08 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,750.08 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **In 2008, all bonus, which was previously paid quarterly, will be eliminated from Wife's income, and the monthly gross check will amount to $6,093.00.**
    **In 2009, all medical credits will be eliminated from Wife's income.**

B6J (Official Form 6J) (12/07)

In re   **Rocco Scaturrro**
**Jeanine Scaturrro**                                             Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,129.92 |
|    a. Are real estate taxes included?          Yes **X**        No ___ | | |
|    b. Is property insurance included?          Yes **X**        No ___ | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 400.00 |
|            b. Water and sewer | $ | 34.00 |
|            c. Telephone | $ | 300.00 |
|            d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 206.38 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 150.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 69.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 433.13 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|    Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,672.43 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,750.08 |
| b.   Average monthly expenses from Line 18 above | $ | 5,672.43 |
| c.   Monthly net income (a. minus b.) | $ | -1,922.35 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rocco Scaturrro**
**Jeanine Scaturrro**
                      Debtor(s)
Case No. _____
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__**28**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 14, 2008**         Signature   **/s/ Rocco Scaturrro**
                                              **Rocco Scaturrro**
                                              Debtor

Date  **January 14, 2008**         Signature   **/s/ Jeanine Scaturrro**
                                              **Jeanine Scaturrro**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Rocco Scaturrro**
**Jeanine Scaturrro** _____    Case No. _____

                                    Debtor(s)         Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-3,000.00** | **2006 Husband business income loss** |
| **$72,810.00** | **2006 Wife income** |
| **$70,818.00** | **2005 Wife income** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,000.00** | **2007 Husband income as loan repayment from Arjay of Chicago, Inc.** |
| **$30,000.00** | **2006 Husband income as loan repayment from Arjay of Chicago, Inc.** |
| **$602.00** | **2006 Husband & Wife dividends, interest and refunds** |
| **$4,060.00** | **2005 Husband & Wife dividends, interest, refunds, and unemployment compensation** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** | **12/17/2007** | **$150.00** | **$199.66** |
| **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | **10/25/2007, $140.37**<br>**12/9/2007, $96.86**<br>**1/7/2008, $187.30** | **$424.53** | **$0.00** |
| **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | **10/30/2007** | **$42.00** | **$0.00** |
| **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | **10/27/2007, $50.00**<br>**12/12/2007, $100.00** | **$150.00** | **$559.65** |
| **Bloomingdale's**<br>**PO Box 8222**<br>**Mason, OH 45040-8222** | **11/1/2007, $38.63**<br>**12/12/2007, $70.43** | **$109.06** | **$0.00** |
| **BP**<br>**PO Box 15325**<br>**Wilmington, DE 19886-5325** | **12/15/2007** | **$4.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Discover**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** | **10/30/2007, $300.00**<br>**12/15/2007, $176.00**<br>**12/27/2007, $2.99** | **$478.99** | **$0.00** |
| **1st National Platinum**<br>**PO Box 3696**<br>**Omaha, NE 68103-0696** | **10/17/2007, $26.00**<br>**11/19/2007, $100.00** | **$126.00** | **$0.00** |
| **1st National Gold**<br>**PO Box 3696**<br>**Omaha, NE 68103-0696** | **10/20/2007, $437.45**<br>**12/11/2007, $12.95**<br>**1/7/2008, $185.88** | **$636.28** | **$0.00** |
| **Home Depot**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** | **10/25/2007** | **$42.09** | **$0.00** |
| **Kohl's**<br>**PO Box 3043**<br>**Milwaukee, WI 53201-3043** | **10/27/2007, $74.26**<br>**11/28/2007, $86.73** | **$160.99** | **$0.00** |
| **Macy's**<br>**PO Box 8066**<br>**Mason, OH 45040** | **10/14/2007, $346.83**<br>**11/17/2007, $148.25**<br>**1/2/2008, $183.94** | **$679.02** | **$0.00** |
| **Mobil**<br>**PO Box 688940**<br>**Des Moines, IA 50368-8940** | **10/18/2007, $496.55**<br>**11/17/2007, $58.01**<br>**12/17/2007, $104.50** | **$659.06** | **$0.00** |
| **Marathon MC**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **10/28/2007, $669.32**<br>**11/29/2007, $433.20**<br>**12/31/2007, $563.92** | **$1,666.44** | **$0.00** |
| **Nicor**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** | **11/13/2007, $62.32**<br>**12/11/2007, $110.80**<br>**1/7/2007, $180.88** | **$354.00** | **$0.00** |
| **Nissan Motor Acceptance Corp.**<br>**NMAC Bankruptcy Dept.**<br>**PO Box 660366**<br>**Dallas, TX 75266-0366** | **2004 Nissan Murano**<br>**10/16/2007, $477.27**<br>**11/9/2007, $477.27**<br>**12/27/2007, $477.27** | **$1,431.81** | **$0.00** |
| **Phillips 66**<br>**PO Box 689140**<br>**Des Moines, IA 50368-9140** | **11/13/2007, $20.00**<br>**12/31/2007, $153.70** | **$173.70** | **$0.00** |
| **Premium Waters**<br>**PO Box 9128**<br>**Minneapolis, MN 55480** | **12/9/2007, $19.50**<br>**12/27/2007, $19.50** | **$39.00** | **$0.00** |
| **Shell**<br>**PO Box 689151**<br>**Des Moines, IA 50368-9151** | **11/22/2007, $6.21**<br>**12/19/2007, $20.00** | **$26.21** | **$0.00** |
| **Sprint**<br>**PO Box 8077**<br>**London, KY 40742** | **11/14/2007, $112.58**<br>**12/9/2007, $113.27** | **$225.85** | **$0.00** |
| **Wells Fargo MC**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306-0347** | **10/25/2007, $2,129.92**<br>**11/26/2007, $2,129.92**<br>**12/27/2007, $2,129.92**<br>**1/10/2008, $2,134.92** | **$8,524.68** | **$234,203.48** |
| **Target Visa**<br>**PO Box 59317**<br>**Minneapolis, MN 55459-0317** | **10/18/2007, $162.11**<br>**11/16/2007, $185.49** | **$347.60** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Von Maur**<br>**6565 Brady Street**<br>**Davenport, IA 52806** | **11/13/2007, $115.00**<br>**12/9/2007, $105.00**<br>**1/7/2008, $577.74** | **$797.74** | **$0.00** |
| **Consumers Visa**<br>**PO Box 30495**<br>**Tampa, FL 33630-3495** | **10/15/2007, $307.25**<br>**11/26/2007, $460.00** | **$767.25** | **$0.00** |
| **WFNNB-VS**<br>**PO Box 659728**<br>**San Antonio, TX 78265-9728** | **10/28/2007** | **$139.86** | **$0.00** |
| **Village of Round Lake Beach**<br>**1937 N. Municipal Way**<br>**Round Lake, IL 60073** | **11/16/2007, $111.19**<br>**1/7/2008, $90.97** | **$202.16** | **$0.00** |
| **Waste Management**<br>**1411 Opus Place, Suite 400**<br>**Downers Grove, IL 60515** | **12/27/2007** | **$41.16** | **$0.00** |
| **Wells Fargo Visa**<br>**PO Box 30086**<br>**Los Angeles, CA 90030-0086** | **10/28/2007, $50.00**<br>**12/17/2007, $150.00**<br>**12/27/2007, $60.00** | **$260.00** | **$240.00** |
| **Consumers Credit Union**<br>**PO Box 9119**<br>**Waukegan, IL 60079-9119** | **10/15/2007, $178.00**<br>**10/31/2007, $178.00**<br>**11/15/2007, $178.00**<br>**11/30/2007, $178.00** | **$712.00** | **$18,008.00** |
| **Cingular / AT&T Mobility**<br>**PO Box 6428**<br>**Carol Stream, IL 60197-6428** | **11/9/2007, $181.68**<br>**12/9/2007, $182.86**<br>**1/7/2008, $187.30** | **$551.84** | **$0.00** |
| **Citi Driver's Edge Visa**<br>**BOX 6000**<br>**The Lakes, NV 89163-6000** | **11/12/2007, $122.00**<br>**12/9/2007, $121.00** | **$243.00** | **$8,074.03** |
| **Citi Master Card**<br>**PO Box 689182**<br>**Des Moines, IA 50368-9182** | **12/31/2007** | **$19.24** | **$0.00** |
| **Citi Card**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | **11/12/2007, $180.00**<br>**12/13/2007, $178.00**<br>**12/31/2007, $176.00** | **$534.00** | **$11,570.00** |
| **Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL 60197-5294** | **10/25/2007, $212.89**<br>**12/27/2007, $168.06** | **$380.95** | **$0.00** |
| **Carson Pirie Scott**<br>**PO Box 17264**<br>**Baltimore, MD 21297-1264** | **11/13/2007, $177.37**<br>**1/7/2008, $134.42** | **$311.79** | **$0.00** |
| **Citgo**<br>**PO Box 689095**<br>**Des Moines, IA 50368-9095** | **11/8/2007, $136.96**<br>**12/9/2007, $46.78**<br>**1/7/2008, $116.02** | **$299.76** | **$0.00** |
| **Comcast Cable**<br>**2508 W. Route 120**<br>**Mchenry, IL 60051-4712** | **11/16/2007, $116.36**<br>**12/31/2007, $120.51**<br>**1/7/2008, $120.51** | **$357.38** | **$0.00** |
| **Circuit City Visa**<br>**PO Box 15291**<br>**Wilmington, DE 19886-5291** | **12/27/2007** | **$158.95** | **$0.00** |
| **ComEd**<br>**Chicago, IL 60668-0001** | **10/30/2007, $29.29**<br>**12/9/2007, $72.05**<br>**1/7/2008, $90.78** | **$192.12** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Visa**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **11/9/2007, $125.00**<br>**12/13/2007, $120.00**<br>**12/31/2007, $118.00** | **$363.00** | **$5,800.00** |
| **Lake Forest Hospital**<br>**660 North Westmoreland Road**<br>**Lake Forest, IL 60045** | **12/31/2007** | **$414.97** | **$0.00** |
| **Laboratory Services**<br>**Consolidated Pathology Consultants, SC**<br>**75 Remittance Dr. Dept 1895**<br>**Chicago, IL 60675-1895** | **10/28/2007** | **$79.66** | **$0.00** |
| **Dr. Terasse**<br>**700 North Westmoreland Rd**<br>**Lake Forest, IL 60045** | **12/9/2007** | **$70.65** | **$0.00** |
| **Mid-State Auto**<br>**W5481 Junction Rd**<br>**PO Box 266**<br>**Jefferson, WI 53549** | **12/17/2007** | **$100.00** | **$79.60** |
| **IC Dent**<br>**824 Penrith Ave**<br>**Elk Grove Village, IL 60007** | **11/9/2007** | **$70.00** | **$120.00** |
| **Nissan Motor Acceptance Corp.**<br>**NMAC Bankruptcy Dept.**<br>**PO Box 660366**<br>**Dallas, TX 75266-0366** | **2008 Nissan Altima**<br>**1/7/2008** | **$433.13** | **$0.00** |

None
■
    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Salvation Army** | | | **2/12/2007, $50.00** <br> **4/12/2007, $50.00** <br> **6/8/2007, $105.00** <br> **12/14/2007, $25.00** |
| **Voice of Martyrs** | | | **6/27/2007, $105.00** |
| **St Mark Lutheran Church** | | **1/2007 - 7/2007** | **$50 - $100 per week** |
| **St Mark Lutheran Church** | | **8/2007 - 12/2007** | **$25 per week** |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Di Monte & Lizak, LLC** **216 West Higgins Road** **Park Ridge, IL 60068** | **12/10/2007** | **$3,500.00** |

### 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Carolyn Dietz** **Cedar Falls, IA** **  Sister-in-Law** | **January 5, 2008** | **2001 Harley Davidson Road King, $5,000** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Financial Network** **200 N. Sepulveda Blvd** **Suite 1300** **El Segundo, CA 90245-5672** | **Brokerage Account Stocks, account no.** **6754** | **$14,985.22, closed August,** **2007** |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
□    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Arjay of Chicago, Inc.** | **48-1303402** | **68 W. Redhead Ct Round Lake, IL 60073** | **Car Dealership** | **7/29/2002 to 9/2007** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None
□    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Dana B. Davidson, CPA**                                          **1995 - 2006**
**1890 Techny Court**
**Northbrook, IL 60062**

None
□    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED
**Dana B. Davidson, CPA**     **1890 Techny Court**                **1995 - 2006**
                              **Northbrook, IL 60062**

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Dana B. Davidson, CPA** | **1890 Techny Court** |
| | **Northbrook, IL 60062** |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **January 14, 2008**                          Signature   **/s/ Rocco Scaturrro**
                                                                  **Rocco Scaturrro**
                                                                  Debtor

Date  **January 14, 2008**                          Signature   **/s/ Jeanine Scaturrro**
                                                                  **Jeanine Scaturrro**
                                                                  Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Rocco Scaturrro
       Jeanine Scaturrro                           Case No. _____

                               Debtor(s)           Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Loan assignment of life insurance policy value and death benefit** | **Thrivent Financial** | | | | **X** |
| **68 W. Redhead Court Round Lake Beach, IL 60073** | **Wells Fargo** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **2008 Nissan Altima** | **Nissan Motor Acceptance Corp.** | **X** |

Date   **January 14, 2008**        Signature   **/s/ Rocco Scaturrro**
                                           **Rocco Scaturrro**
                                           Debtor

Date   **January 14, 2008**        Signature   **/s/ Jeanine Scaturrro**
                                           **Jeanine Scaturrro**
                                           Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Rocco Scaturrro**
       **Jeanine Scaturrro**                          Case No.

                                     Debtor(s)           Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 14, 2008**               **/s/ Abraham Brustein**
                                              **Abraham Brustein 0327662**
                                              **DiMonte and Lizak, LLC**
                                              **216 Higgins Road**
                                              **Park Ridge, IL 60068**
                                              **(847) 698-9600  Fax: (847) 698-9623**

---

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Abraham Brustein 0327662 | X **/s/ Abraham Brustein** | **January 14, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Rocco Scaturrro**<br>**Jeanine Scaturrro** | X **/s/ Rocco Scaturrro** | **January 14, 2008** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Jeanine Scaturrro** | **January 14, 2008** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  Rocco Scaturrro
Jeanine Scaturrro

Debtor(s)

Case No. _____

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **47**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 14, 2008**          **/s/ Rocco Scaturrro**
                                    **Rocco Scaturrro**
                                    Signature of Debtor

Date: **January 14, 2008**          **/s/ Jeanine Scaturrro**
                                    **Jeanine Scaturrro**
                                    Signature of Debtor

American Marketing & Publishing
PO Box 982
Dekalb, IL 60115


Arjay of Chicago, Inc.
2919 W. Main St
East Troy, WI 53120


AT & T Advertising
PO Box 8112
Aurora, IL 60507-8112


Automotive Finance Corporation
Chicago North Branch
5937 Sandy Hollow Rd
Rockford, IL 61109


AutoTrader.com LLC
PO Box 932207
Atlanta, GA 31193-2207


Badger State Auto Auction
215 N. Pioneer Road
Fond Du Lac, WI 54937


C & M Auto Parts
2533 Main Street
East Troy, WI 53120


Carfax
PO Box 79001
Detroit, MI 48279-7761


CCI Milwaukee
19015 S. Jodi Road
Mokena, IL 60448


Century Tel
PO Box 4300
Carol Stream, IL 60197-4300


Chase Visa
PO Box 15298
Wilmington, DE 19850-5298

```
Cinta's
9828 S. Oakwood Park Dr.
Franklin, WI 53132


Citi Card
Box 6000
The Lakes, NV 89163-6000


Citi Driver's Edge Visa
BOX 6000
The Lakes, NV 89163-6000


Citizens Bank
101 N. Washington Avenue
Saginaw, MI 48607


Citizens Bank
205 E. 4th Street
Kaukauna, WI 54130


Classic Chevrolet
425 Green Bay Road
Waukegan, IL 60085


Consumers Credit Union
PO Box 9119
Waukegan, IL 60079-9119


CSI Publications
PO Box 367
Delavan, WI 53115


Dahl Automotive Onalaska, Inc.
561 Theater Rd
Onalaska, WI 54650


Dana B. Davidson, CPA
1890 Techny Court
Northbrook, IL 60062


Daniel P. Dawson
Nisen & Elliott, LLC
200 West Adams St, Ste 2500
Chicago, IL 60606
```

Dealer Services Corporation
11555 N. Meridian St., Ste 220
Carmel, IN 46032


Dyer Auto Auction
PO Box 115
Dyer, IN 46311-0115


Dyer Transport Inc.
PO Box 38
Dyer, IN 46311-0038


Horter
PO Box 225
915 Main Street
Mukwonago, WI 53149


Jantz
2500 Washington Road
Kenosha, WI 53140


Manheim Automotive Financial Servic
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328


Merchants & Medical
6324 Taylor Drive
Flint, MI 48507-4685


Merry Maids
808 Fox Lane
Waterford, WI 53185


Michael E. Ehrsam
Moen Sheehan Meyer Ltd
201 Main St, Ste 700
La Crosse, WI 54602


Moore Oil
4033 W. Custer Avenue
Milwaukee, WI 53209

Nissan Motor Acceptance Corp.
NMAC Bankruptcy Dept.
PO Box 660366
Dallas, TX 75266-0366


Nova
PO Box 86
Minneapolis, MN 55486-0086


Quill
PO Box 37600
Philadelphia, PA 19101-0600


Rhode's Towing
PO BOX 695
2489 E. Main Street
East Troy, WI 53120-0695


The Papers
PO Box 188
Milford, IN 46542-0188


Thrivent Financial
4321 N. Ballard Rd
Appleton, WI 54919-0001


Time Warner Cable
PO Box 3237
Milwaukee, WI 53201-3237


Tri-State AA of Chicago
14001 South Karlov Avenue
Midlothian, IL 60445


United Leasing of America, Inc.
3275 Intertech Drive
Suite 100
Brookfield, WI 53045


W.B. Dent, LLC
403 Lakewood DrivE
Williams Bay, WI 53191

We Energies
333 W. Everett St.
Milwaukee, WI 53290-1000


Wells Fargo
PO Box 10335
Des Moines, IA 50306


West Bend Mutual Insurance Co.
1900 S. 18th Avenue
West Bend, WI 53095


West Bend Mutual Insurance Company
8401 Greenway Blvd, Ste 1100
PO Box 620976
Middleton, WI 53562


Wisconsin Department of Revenue
PO Box 677
Elkhorn, WI 53121